IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| REGINA TUCKER, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23-cv-00217-DGK |
| ) | |
| UNITED STATES OF AMERICA, et al. ) | |
| Defendants. ) | |

## MEMORANDUM OF WITHDRAWAL

COME NOW Randall L. Rhodes and Rachel N. Boden and hereby withdraw as counsel for Plaintiff in the above-captioned action.

Daniel A. Kopp and Jeffrey D. Rowe now with Dickerson Oxton, LLC. remain as counsel for Plaintiff.

Respectfully Submitted,

ROUSE FRETS WHITE GOSS
GENTILE RHODES, P.C.

*/s/ Randall L. Rhodes*
Randall L. Rhodes, MO Bar #43211
Rachel N. Boden, MO Bar #66109
5250 West 116th Place, Suite 400
Leawood, Kansas 66211
(913) 387-1600
F: (913) 928-6739
rrhodes@rousepc.com
rboden@rousepc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned hereby certified that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's Electronic Filing System on all counsel of records, this 6th day of October, 2023.

                                                    */s/ Randall L. Rhodes*
                                                    Attorney for Plaintiff